## MOTION DOCKET

**98–1074. State v. Jalowiec.**
Lorain App. No. 96CA006445.  On motion to withdraw as counsel.  Motion denied.
  *Sua sponte,* it is ordered that appellant's merit brief be filed within seven days.

**98–1096. State ex rel. Smirnoff v. Greene.**
Cuyahoga App. No. 74330.  On request for oral argument and motion to expedite oral argument and decision on the merits.  Request and motion denied.
  DOUGLAS, J., dissents.

**98–1395. State v. Clinton**
Erie App. No. E–97–097.  On review of order certifying a conflict.  The court determines that a conflict exists;  *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1396. State v. Lyons.**
Erie App. No. E–97–045.  On review of order certifying a conflict.  The court determines that a conflict exists;  *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.

**98–1403. D & A Rofael Ent., Inc. v. Tracy.**
Board of Tax Appeals, No. 96–J–1000.  On motion to consolidate case with case No. 98–1404, *infra.*  Motion granted.

**98–1404. Shteiwi v. Tracy.**
Board of Tax Appeals, No. 96–J–999.  On motion to consolidate case with case No. 98–1403, *supra.*  Motion granted.

**98–1486. State v. Boyd.**
Huron App. No. H–97–041.  .On review of order certifying a conflict.  The court determines that a conflict exists;  *sua sponte,* cause held for the decision in 97–1985, *State v. Cook,* Allen App. No. 1–97–21;  briefing schedule stayed.